PER CURIAM.
Affirmed. See Carbajal v. State, 75 So.3d 258 (Fla. 2011); State v. King, 426 So.2d 12 (Fla. 1982); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Franke v. State, 997 So.2d 424 (Fla. 2d DCA 2008); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998).
WALLACE, LUCAS, and BADALAMENTI, JJ., Concur.